UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN ALAN BROWN, <br> Petitioner, <br> v. <br> LARRY SMALL, Warden, <br> Respondent. | No. EDCV 10-329-PA (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 19, 2013

_____
PERCY ANDERSON
United States District Judge